IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AWILDA RODRIGUEZ
    Plaintiff,

v.

CAROLYN W. COLVIN, *Acting Commissioner of Social Security*
    Defendant.

CIVIL ACTION
NO. 16-4322

**ORDER**

AND NOW, this 20th day of March, 2018, upon consideration of the Administrative Record (ECF No. 6) in relation to: Plaintiff's Motion for Summary Judgment (ECF No. 8); Defendant's Response thereto (ECF No. 9); Plaintiff's Reply to Defendant's Response (ECF No. 10); the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (ECF No. 12); Plaintiff's Objections thereto (ECF No. 13); Defendant's Response to Plaintiff's Objections (ECF No. 15); and, Plaintiff's Reply to said Response (ECF No. 16), it is hereby ORDERED as follows:

1. Plaintiff's Motion for Summary Judgment (ECF No. 8) is GRANTED;
2. The Report and Recommendation (ECF No. 12) is NOT ADOPTED;
3. Plaintiff's Objections (ECF No. 13) are SUSTAINED;
4. The case is REMANDED to the Commission of the Social Security Administration for further proceedings in accordance with the Memorandum accompanying this Order; and,
5. The Clerk of Court shall mark this matter CLOSED for statistical purposes.

BY THE COURT:

/s/ C. Darnell Jones, II    J.